AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:25-mj-00103-JCN | Date and time warrant executed: 3-19-2025 12:00 noon | Copy of warrant and inventory left with: 113 Cross Road, Stetson |

Inventory made in the presence of : Jonathan Richards

Inventory of the property taken and name(s) of any person(s) seized:

No items seized or taken

1 Memory stick with photographs of 113 Cross Rd. Stetson

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3-24-2025

_Executing officer's signature_

Jonathan Richards DEA/TFO
_Printed name and title_